UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MICHAEL HADLEY, and ) | |
| SONIA HADLEY, ) | |
|  ) | |
| Plaintiffs ) | |
|  ) | |
| v. ) | No. 3:05cv0031 AS |
|  ) | |
| WAL-MART STORES, INC., ) | |
| Also known as WAL-MART STORES ) | |
| EAST, INC., ) | |
|  ) | |
| Defendants ) | |

*MEMORANDUM OPINION AND ORDER*

This court takes full judicial notice of the record in this case beginning on or about January 14, 2005. On December 6, 2005, Magistrate Judge Christopher A. Nuechterlein filed a Report and Recommendation. No timely objections have been filed to it. That Report and Recommendation is in all things **APPROVED** and in accordance therewith, the plaintiffs' case is **DISMISSED WITHOUT PREJUDICE**. Each party will bear its own costs. The Clerk shall enter judgment accordingly. **IT IS SO ORDERED**.

**DATED:** January 3, 2006

                              S/ ALLEN SHARP
                              **ALLEN SHARP, JUDGE**
                              **UNITED STATES DISTRICT COURT**

cc: The Honorable Christopher A. Nuechterlein